UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joe Cisneros <br> **Plaintiff** <br><br> V. <br><br> **Defendant** <br><br> EOS CCA, INC | CIVIL ACTION <br><br> NO.   1:11-cv-10402 |

## STIPULATION FOR DISMISSAL

Now come the parties in the above-entitled action, by their attorneys, and hereby stipulate and agree that the action be Dismissed, with prejudice and without costs.

Dated this __11__ day of __May, 2011__.

Attorney for Plaintiff

*[signature]*

Attorney for Defendant